THE PEOPLE OF THE STATE OF NEW YORK ex rel. LARCHMONT MANOR PARK SOCIETY, Respondent, against JAMES M. SMITH, as Assessor of the Town of Mamaroneck, et al., Appellants.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ. [See *ante,* p. 997.].

SOUTHOLD SAVINGS BANK, Respondent, v. A. EDWARD FISHER, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ. [183 Misc. 794.] [See 269 App. Div. 748.]

WILLIAM WARD, Plaintiff, v. METROPOLITAN DISTRIBUTORS, INC., Appellant: COLONIAL BEACON OIL COMPANY, INC., Defendant-Respondent, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ. [See *ante,* p. 994.]

CARL A. CARLSON, Respondent, v. LAWRENCE A. SERRONE, Appellant.— Order denying motion for change of place of trial from Putnam County to Erie County reversed on the law and the facts, with ten dollars costs and disbursements, and the motion granted, without costs. The ends of justice will be promoted by a change in the place of trial to the city of Buffalo, where the records and employees in the office of the County Clerk of Erie County are available and in which county, in effect, the cause of action arose. Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ., concur.

JAMES J. GOLEMBOWSKI, as Administrator of the Estate of JOSEPH GOLEMBOWSKI, Deceased, Appellant, v. WILLARD MANEY, Respondent. JAMES J. GOLEMBOWSKI, as Administrator of the Estate of JOHN E. GOLEMBOWSKI, Deceased, Appellant, v. WILLARD MANEY, Respondent.— In an action to recover damages for the wrongful death of two infants, resulting from the collision of two automobiles, order denying plaintiff's motion to set aside the verdict of the jury on the ground of inadequacy and for a new trial, insofar as appealed from, reversed on the facts and a new trial granted, with costs to appellant to abide the event. No opinion. Hagarty, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ., concur.

MINNIE GOODCUFF, Appellant, v. VILLAGE OF PORT CHESTER, Respondent, et al., Defendants.— In an action to recover damages for personal injuries suffered by plaintiff as a result of slipping on a patch of ice formed by the freezing of water that flowed from a driveway across the sidewalk in front of defendant Kahn's premises, in the Village of Port Chester, order dismissing the complaint as to defendant Village, on the ground that the complaint does not state facts sufficient to constitute a cause of action, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Close, P. J., Carswell, Johnston, Adel and Aldrich, JJ.